# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0109. SAMUEL F. COOPER v. SHERYL JOLLY, JUDGE.**

Upon the Georgia Supreme Court's transfer to this Court of Samuel F. Cooper's extraordinary motion, styled as "Notice of Filing Petition for Writ of Mandamus," and this Court's subsequent consideration of same, the motion is hereby DENIED. See *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n. 6 (914 SE2d 311) (2025).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/19/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*